**No. 58884.**—Mark Cross Co. *v.* United States, protest 240916–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 58885.**—Fred Gretsch Mfg. Co., Inc. *v.* United States, protest 228046–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of pieces of vellum the same in all material respects as those the subject of Abstract 57385, the claim for free entry under paragraph 1736 was sustained.

**No. 58886.**—The Hillman Importing & Trading Corp. *v.* United States, protest 219406–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hair pencils similar in all material respects to those the subject of *Solo Horton Brush Co. (Inc.)* v. *United States* (63 Treas. Dec. 143, T. D. 46123), the claim of the plaintiff was sustained.

**No. 58887.**—Antoine Chiris Co., Inc., et al. *v.* United States, protests 163917–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.